**Eunice HUSBAND, Plaintiff–Appellant,**

v.

**J.C. RAFFERTY; United States Marshals, Northern District of West Virginia, Defendants–Appellees.**

No. 10–6546.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 10, 2011.

Decided: Feb. 17, 2011.

Eunice Husband, Appellant Pro Se.

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed as modified by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eunice Husband appeals the district court's order adopting the magistrate judge's recommendation and dismissing his civil rights complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and the district court's opinions and find no reversible error. As the district court held, Husband's claim is not cognizable because the federal conviction at issue has not been reversed, expunged, declared invalid. *See Heck v. Humphrey*, 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994) (concerning 42 U.S.C. § 1983 (2006) (complaint)). Because Husband may refile his claims

should his conviction ever be overturned or called into question by the appropriate court, we modify the dismissal to be without prejudice and affirm as modified. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED.*